# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1631

_____

| | | |
|---|---|---|
| United States of America, ex rel. Darlene C. Sammarco, | * * * | |
| Appellant, | * * | |
| v. | * * | |
| Jane Morrow, as Anoka County Court Administrator, Anoka County; Daniel Dauth, as Anoka County Social Services; Conservator Derrinda Mitchell, on Your Behalf; Karen Foy, Manager of Andrew Residence, also known as Manager of Andrew Residence; Tom Mullon; Dr. James H. Gilbertson, Phd., | * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota. [UNPUBLISHED] |
| Appellees, | * * | |
| Cal Ludeman, as Minnesota Commissioner of Department of Human Services; Conservator Tracy Allen, designee for Professional Fiduciaries, Inc.; Dr. Jonathan Uecker; | * * * * * * | |
| Defendants. | * | |

_____

Submitted: October 14, 2010
Filed: October 20, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

Darlene C. Sammarco appeals from the order of the District Court[1] dismissing her civil action. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons stated by the District Court. We also find Sammarco's allegations of judicial bias to be without merit. See Liteky v. United States, 510 U.S. 540, 555 (1994). Accordingly, we affirm.

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.